# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Carlos Sanchez-Leyva,<br><br>　　　　　Defendant.<br>_____ | No. CR 12-00820-001-TUC-DCB (DTF)<br><br>**REPORT AND RECOMMENDATION** |

This matter was referred to the Magistrate Judge to conduct an evidentiary hearing on the Government's Petition to Revoke Supervised Release filed on July 7, 2015. The four count Petition asserts that Defendant violated standard conditions that he not commit another federal, state or local crime, that he work regularly at a lawful occupation, that he immediately notify the probation officer of being arrested or questioned by law enforcment and a special condiction that he abstain from all use of alcohol. The matter came on for an evidentiary hearing on September 9, 2015. The Government called one witness, U.S. Probation Officer Daniel Moreno. Defendant Sanchez-Leyva was present and represented by counsel.

**Officer Patterson**

According to Officer Moreno, Defendant was arrested for Driving Under the Influence on May 3, 2015, by local law enforcement. The defendant failed to report this arrest until May 7, 2015, more than 48 hours after the arrest as required by Standard Condition number 13. Officer Moreno also testified that the defendant admitted to him on May 7, 2015, that he had consumed alcohol on May 3. Officer Moreno recently recieved the results of the blood alcohol screening from the May 3 arrest and it indicated the defendant's blood alcohol level was a .16. Officer Moreno also testified that the defendant lost his job in March of

2015 and did not obtain employment and did not engage in an employment search as he had directed the defendant.

The Government conceded in their final argument that there was insufficient evidence to support a finding that the defendant had committed the offense of Driving Under the Influence in violation of Arizona Revised Statutes.

**Recommendation**

Having considered the pleadings, testimony, and the arguments of counsel, the Magistrate Judge finds by a preponderance of the evidence that the Defendant violated Standard Condition numbers 6 and 13 and Special Condition number 2 of his supervised release. *United States v. Musa*, 220 F.3d 1096, 1100 (9th Cir.), *cert. denied*, 531 U.S. 999 (2000); 18 U.S.C. § 3583(e)(3). The Magistrate Judge recommends that the District Court, after an independent review of the record, **grant** the Government's Petition to Revoke Supervised Release as to allegations B, C, and D and set the matter for disposition hearing. The Magistrate Judge recommends that the District Court, after an independent review of the record **deny** the Government's Petition to Revoke Supervised Release as to allegation A.

Pursuant to 28 U.S.C. §636(b), any party may serve and file written objections within 10 days after being served with a copy of this Report and Recommendation. If objections are not timely filed they may be deemed waived. The parties are advised that any objections filed are to be identified with the following case number: CR 12-00820-001-TUC-DCB.

DATED this 9th day of September, 2015

_____
D. Thomas Ferraro
United States Magistrate Judge