# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Carlos Sanchez-Leyva,<br><br>             Defendant. | No. CR-12-00820-002-TUC-DCB<br><br>**ORDER** |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's denial of allegations in his Petition to Revoke Supervised Release.

Magistrate Judge Ferraro conducted an evidentiary hearing on September 9, 2015, and issued his Report and Recommendation that same day. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Ferraro's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Petition to Revoke Supervised Release as to allegations B, C, and D is granted.

1    IT IS FURTHER ORDERED the Petition to Revoke Supervised Release as to
2 allegation A is hereby denied.
3    IT IS FURTHER ORDERED the final disposition hearing is set before this Court
4 on  October 19, 2015 at 10:30 AM is continued to **Monday, October 26, 2015 at 11:00**
5 **AM.**
6    Dated this 24th day of September, 2015.

David C. Bury
United States District Judge